COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

| | |
|---|---|
| Appellate case name: | In the Interest of T.C., a Child; and<br>In the Interest of T.L.C., a Child |
| Appellate case number: | 01-17-00497-CV, and<br>01-17-00498-CV |
| Trial court case number: | 2014-71072; and<br>2011-08360 |
| Trial court: | 309th District Court of Harris County |

The Respondent's Exhibits 30A, 30C, 30D, 30E, 30F, 30G, 30H, 30I, 30J, 30K, 30L, 30M, 30N, 30O, 30P, 30Q, 30R, 30S, 30V, and 30W, "Photograph[s]," were admitted into evidence at trial in the above cases and omitted from the appellate record. This Court directs the Harris County District Clerk or the court reporter, if the exhibits are still in his or her possession, to send the originals of Respondent's Exhibits 30A, 30C, 30D, 30E, 30F, 30G, 30H, 30I, 30J, 30K, 30L, 30M, 30N, 30O, 30P, 30Q, 30R, 30S, 30V, and 30W, "Photograph[s]," to this Court. The Clerk of this Court is directed to cooperate with the district clerk and/or court reporter to provide for the safekeeping, transportation, and return of such exhibits. *See* TEX. R. APP P. 34.6(g)(2).

The exhibits are due in this Court no later than 14 days from the date of this order.

It is so ORDERED.

Judge's signature: /s/ <u>Terry Jennings</u>
                  ☒  Acting individually

Date: <u>October 19, 2017</u>